```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __8/19/2021__
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

EMMANUEL ORUCHE,

                Defendant.

07 Cr. 124-1 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      The Government shall respond to Defendant's motion for sentence modification pursuant to 18 U.S.C. § 3582(c), ECF No. 223, by **September 1, 2021**.

      SO ORDERED.

Dated: August 19, 2021
       New York, New York

_____
ANALISA TORRES
United States District Judge